No. 17, Orig. NEBRASKA *v.* IOWA. Report of Special Master received and filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. [For earlier orders herein, see, *e. g.,* 393 U. S. 910.]

No. 27, Orig. OHIO *v.* KENTUCKY. Motion for leave to file amended bill of complaint referred to Special Master. [For earlier orders herein, see, *e. g.,* 385 U. S. 803.]

No. 30, Orig. MICHIGAN *v.* OHIO. Report of Special Master received and ordered filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. [For earlier orders herein, see, *e. g.,* 386 U. S. 1029.]

No. 51, Orig. FOUNDING CHURCH OF SCIENTOLOGY *v.* CROMER ET AL. Motion for leave to file bill of complaint denied.

No. 53, Orig. ALABAMA *v.* CONNALLY, SECRETARY OF THE TREASURY, ET AL. Motion for leave to file bill of complaint denied.

No. 68–5027. AIKENS *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 69–5003. FURMAN *v.* GEORGIA. Sup. Ct. Ga.;
No. 69–5030. JACKSON *v.* GEORGIA. Sup. Ct. Ga.; and
No. 69–5031. BRANCH *v.* TEXAS. Ct. Crim. App. Tex. [Certiorari granted, 403 U. S. 952.] Motion of Edmund G. Brown et al. for leave to file a brief as *amici curiae* granted.

No. 70–14. COLE, STATE HOSPITAL SUPERINTENDENT, ET AL. *v.* RICHARDSON. Appeal from D. C. Mass. [Probable jurisdiction noted, 403 U. S. 917.] Motion of Harold Hestnes to permit Stephen H. Olesky to argue orally *pro hac vice* on behalf of appellee granted.